UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 08-89-JBC**
**CIVIL ACTION NO. 09-7061-JBC**

**UNITED STATES OF AMERICA,**                                           **PLAINTIFF,**

**V.**                              **ORDER**

**PHILIP L. DALE,**                                                   **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Magistrate Judge Robert E. Wier's report and recommendation for disposition of Philip L. Dale's motion to vacate his sentence (R. 79). Neither party has filed objections. Having reviewed the report and recommendation and the record, the court **ORDERS** as follows:

(1) Judge Wier's report and recommendation (R. 79) are **ADOPTED** as the opinion of the court.

(2) Dale's motion to vacate his sentence (R. 56) is summarily **DISMISSED** without prejudice pursuant to Rule 4 of the Federal Rules Governing Section 2255 Proceedings.

(3) A certificate of appealability is **DENIED** because reasonable jurists would not debate the dismissal of Dale's motion or conclude that the issues presented are adequate to deserve encouragement to proceed further. *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

A separate judgment will issue.

Signed on April 22, 2011

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY